## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JASON LEOPOLD,** | ) |
| | ) |
| **BLOOMBERG L.P.,** | ) |
| 731 Lexington Ave | ) |
| New York, NY 10022 | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL BUREAU OF INVESTIGATION,** | ) |
| 935 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20535 | ) |
| | ) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| 950 Pennsylvania Avenue, NW | ) |
| Washington, D.C. 20530 | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

1.     Plaintiffs JASON LEOPOLD and BLOOMBERG L.P. bring this suit to force Defendants FEDERAL BUREAU OF INVESTIGATION and U.S. DEPARTMENT OF JUSTICE to comply with Plaintiffs' FOIA request for records pertaining to Ivana Trump, the late ex-spouse of former President Donald J. Trump.  In violation of FOIA, Defendant has failed to issue a determination and has failed to produce records responsive to the request.

## PARTIES

2.     Plaintiff JASON LEOPOLD is an investigative reporter and is one of the FOIA requesters in this case.

3.    Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio, streaming video, print and live events.  BLOOMBERG L.P. is one of the FOIA requesters in this case.

4.    Defendant FEDERAL BUREAU OF INVESTIGATION ("FBI") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

5.    Defendant U.S. DEPARTMENT OF JUSTICE ("DOJ") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOJ is the FBI's parent agency.

### JURISDICTION AND VENUE

6.    This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

7.    Venue is proper under 5 U.S.C. § 552(a)(4)(B).

### JULY 14, 2022 FOIA REQUEST (IVANA TRUMP)

8.    On July 14, 2022, Plaintiffs submitted a FOIA request to the FBI for "investigative and non-investigative case files, 302s, [and] cross reference files" on Ivana Trump, the ex-wife of former President Donald Trump, whose death was widely reported around the world on July 14, 2022.  Plaintiffs requested the FBI to conduct "an ECF, TEXT, CRS and ELSUR search for records and files."  Ex. 1.

9.    On July 26, 2022, the FBI acknowledged receipt of the request and assigned reference number 1553627-000 to the request.  Ex. 2.

10.    The FBI also stated that the request "falls within unusual circumstances" pursuant to 5 U.S.C. § 552 (a)(6)(B)(iii) and claimed that these "unusual circumstances" will delay its "ability to make a determination" on the request within the statutory deadline.  *Id.*

11.     On 27, 2022, Plaintiffs sought an estimated date of completion for the request.  Ex. 3.

12.     On July 27, 2022, the FBI stated that the "search for responsive records is ongoing" and that it does not know "which track" the request will be in, but the FBI stated that the estimated date of completion was "1,929 days from the date the FBI opened" the request.  *Id.*

13.     On August 25, 2022, Plaintiffs sought another estimated date of completion for the request, and the FBI has not responded.  Ex. 4.

14.     As of the date of this filing, the FBI has not issued a determination and has produced no records responsive to this request.  Nor has FBI responded to Plaintiffs' request for an updated estimated date of completion.

## COUNT I – FBI'S FOIA VIOLATION:
## FAILURE TO ISSUE A DETERMINATION

15.     The above paragraphs are incorporated by reference.

16.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

17.     Defendant FBI is a federal agency subject to FOIA.

18.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

19.     Defendant FBI has failed to issue a determination within the statutory deadline.

## COUNT II – FBI'S FOIA VIOLATION:
## FAILURE TO CONDUCT A REASONABLE SEARCH

20.     The above paragraphs are incorporated by reference.

21.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

22.     Defendant FBI is a federal agency subject to FOIA.

23.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

24.     Defendant FBI has failed to conduct a reasonable search for records responsive to the request.

## COUNT III – FBI'S FOIA VIOLATION:
## FAILURE TO PRODUCE RECORDS

25.     The above paragraphs are incorporated by reference.

26.     Plaintiffs' FOIA request seeks the disclosure of agency records and was properly made.

27.     Defendant FBI  is a federal agency subject to FOIA.

28.     Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

29.     FBI has failed to produce records responsive to the request.

**WHEREFORE,** Plaintiffs asks the Court to:

    i.   declare that Defendants have violated FOIA;

    ii.   order Defendants to conduct a reasonable search for records responsive to the requests;

    iii.   order Defendants to produce all non-exempt requested records or portions of records promptly;

    iv.   enjoin Defendants from withholding non-exempt public records under FOIA;

    v.   award Plaintiffs attorneys' fees and costs; and

    vi.   award such other relief the Court considers appropriate.

Dated:  September 1, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs
JASON LEOPOLD,
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com