Exhibit 1

From: <efoia@subscriptions.fbi.gov>
Date: Thu, Jul 14, 2022, 1:35 PM
Subject: eFOIA Request Received
To: <jasonleopold@gmail.com>

## Individual Information

**Prefix**

**First Name** Jason

**Middle Name**

**Last Name** Leopold

**Suffix**

**Email** jasonleopold@gmail.com

**Phone** 2132704334

**Location** United States

## Domestic Address

| | |
|---:|---|
| **Address Line 1** | 1669 benedict canyon drive |
| **Address Line 2** | |
| **City** | Beverly Hills |
| **State** | California |
| **Postal** | 90210 |

## Agreement to Pay

| | |
|---:|---|
| **How you will pay** | I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and will enter that maximum amount in the box below. |
| **Allow up to $** | 25 |

## Proof Of Affiliation for Fee Waiver

| | |
|---|---|
| **Waiver Explanation** | I am the senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.<br><br>I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.<br><br>Under 5 U.S.C. Â§552(a)(4)(A)(iii), Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester. Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.<br><br>If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.<br><br>I will appeal any denial of my request for a waiver administratively and to the courts if necessary. |
| **Documentation Files** | |

## Deceased Individual

| | |
|---|---|
| **Prefix** | |
| **First Name** | Ivana |
| **Middle Name** | Marie |
| **Last Name** | Trump |

| | |
|---|---|
| **Suffix** | |
| **ARN** | |
| **SSN** | |
| **FBI Number** | |
| **Date of Birth** | 1949/02/20 |
| **Place of Birth** | ZlÃn, Czechoslovakia |
| **Date of Death** | 2022/07/14 |

**Additional Information**

```
I request disclosure from the FBI the *investigative and non
investigative*
case files, 302s, cross reference files and request the bureau conduct
an
ECF, TEXT, CRS and ELSUR search for records and files on Ivana Trump,
the
ex-wife of former President Donald Trump, whose death was widely
reported
around the world on July 14, 2022. Because Ms. Trump's death was
widely
reported I am not required to send proof of her being deceased.

Reasonably Foreseeable Harm. The FOIA Improvement Act of 2016 amended
the
FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall

(i) withhold information under this section only if

(I) the agency reasonably foresees that disclosure would harm an
interest
protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is
possible
whenever the agency determines that a full disclosure of a requested
record
is not possible; and

(II) take reasonable steps necessary to segregate and release
nonexempt
information. . . .

FBI should not fail to comply with this mandatory part of the FOIA as
recently amended by Congress. The Agency is required to identify what
reasonably foreseeable harm would flow from release of the information
withheld, nor did it consider a partial disclosure of the information,
taking reasonable steps to segregate and release nonexempt
information.
```

**Supporting documentation**

# Expedite

| | |
|---|---|
| **Expedite Reason** | While It may be uncommon to seek expedited processing for records on a public figure who has passed away, the death of Ivana Trump is unique. Her former husband, Donald Trump, was the President of the United States and continues to play a major, influential role in American politics through his endorsement of congressional candidates and numerous rallies throughout the US. Moreover, former President Trump is considering a second run for President and public reports have said he intends to announce whether he is running soon. There is no question that should the FBI possess any records on the late Ivana Trump there would be an overwhelming public interest in these records particularly as they may relate to former President Trump who was married to Ivana Trump for decades.<br><br>As such, I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.<br><br>As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information.<br><br>The very purpose of the FOIA is to lessen the public's dependency on official government statements and open the underlying documents to public scrutiny. This is clearly an instance in which expedited processing of a FOIA request is warranted.<br><br>These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public.<br><br>I certify the foregoing to be true and correct to the best of my knowledge and belief.<br>_/s/_____JL_____<br>Jason Leopold |

**

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

**

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Affiliation: Investigative Reporter/Bloomberg News
Address: 1669 Benedict Canyon Drive
Beverly Hills, CA 90210
Email: jasonleopold@gmail.com
Phone: 213-270-4334

I request disclosure from the FBI the *investigative and non investigative* case files, 302s, cross reference files and request the bureau conduct an ECF, TEXT, CRS and ELSUR search for records and files on Ivana Trump, the ex-wife of former President Donald Trump, whose death was widely reported around the world on July 14, 2022. Because Ms. Trump's death was widely reported I am not required to send proof of her being deceased.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—
(i) withhold information under this section only if—
(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or
(II) disclosure is prohibited by law; and
(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and
(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

FBI should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

**EXPEDITED PROCESSING**

While It may be uncommon to seek expedited processing for records on a public figure who has passed away, the death of Ivana Trump is unique. Her former husband, Donald Trump, was the President of the United States and continues to play a major, influential role in American politics through his endorsement of congressional candidates and numerous rallies throughout the US. Moreover, former President Trump is considering a second run for President and public reports have said he intends to announce whether he is running soon.

There is no question that should the FBI possess any records on the late Ivana Trump there would be an overwhelming public interest in these records particularly as they may relate to former President Trump who was married to Ivana Trump for decades. As such, I ask that my request be given expedited processing because there is an urgency to inform the public about an actual or alleged federal government activity, and I am a person primarily engaged in disseminating information.

 As senior investigative reporter at Bloomberg News, I am a full-time member of the news media. I therefore quality as a person primarily engaged in disseminating information. The very purpose of the FOIA is to lessen the public's dependency on official government statements and open the underlying documents to public scrutiny. This is clearly an instance in which expedited processing of a FOIA request is warranted. These records are not being requested for commercial purposes. I intend to use these records to write news stories and inform the public.

I certify the foregoing to be true and correct to the best of my knowledge and belief. _/s/_____JL_____ Jason Leopold

INSTRUCTIONS REGARDING SEARCH

1.   Request for Public Records:
Please search for any records even if they are already publicly available.
2.   Request for Electronic and Paper/Manual Searches:
I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted.  I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3. Request regarding Photographs and other Visual Materials:

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4. Request for Duplicate Pages:

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5. Request to Search Emails:

Please search for emails relating to the subject matter of my request.

6. Request for Search of Records Transferred to Other Agencies:

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for Bloomberg News and formerly senior investigative reporter for BuzzFeed News and VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.
--
Jason Leopold
Senior Investigative Reporter
Bloomberg News
213 270 4334 (signal)
[jasonleopold@protonmail.com](jasonleopold@protonmail.com) (secure/encrypted)
@jJasonLeopold



U.S. Department of Justice

Exhibit 2

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 26, 2022

MR. JASON LEOPOLD
1669 BENEDICT CANYON DRIVE
BEVERLY HILLS, CA 90210

FOIPA Request No.: 1553627-000
Subject: TRUMP, IVANA MARE

Dear Mr. Leopold:

Please be advised that "unusual circumstances" apply to the processing of your request.  See 5 U.S.C. § 552 (a)(6)(B)(iii). "Unusual circumstances" include one or more of the following scenarios:

There is a need to search for and collect records from field offices and/or other offices that are separate from the FBI Record/Information Dissemination Section (RIDS).

There is a need to search for, collect, and examine a voluminous amount of separate and distinct records.

There is a need for consultation with another agency or two or more DOJ components.

These "unusual circumstances" will delay our ability to make a determination on your request within 20 days (excluding weekend and legal public holidays).  Additionally, the payment of pertinent fees may apply to your request.  See 5 U.S.C. § 552 (a)(4)(A)(viii).

The application of "unusual circumstances" is not a determination of how the FBI will respond to your substantive request, this letter provides notice that these "unusual circumstances" apply to processing and delay the determination of your request.  See 5 U.S.C. §§ 552 (a)(6)(A)(viii); (a)(6)(B).

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a quicker processing queue.  This may also reduce search and duplication costs and allow for a more timely receipt of your information.  The FBI uses a multi-queue processing system to fairly assign and process new requests.  Simple request queue cases (50 pages or less) usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request.  Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time.  Mail your response to: **Initial Processing Operations Unit; Record/Information Dissemination Section; Information Management Division; Federal Bureau of Investigation; 200 Constitution Drive; Winchester, VA 22602**.  You may also fax your response to: 540-868-4997, Attention: Initial Processing Operations Unit.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us."  The FOIPA Request number listed above has been assigned to your request.  Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."  Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS).  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.  Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov.  If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services."  Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Sincerely,

Michael G. Seidel
Section Chief
Record/Information
   Dissemination Section
Information Management Division



Jason Leopold <jasonleopold@gmail.com>

## RE: [EXTERNAL EMAIL] - Re: eFOIA files available

**FOIPAQUESTIONS@FBI.GOV** <FOIPAQUESTIONS@fbi.gov>  Wed, Jul 27, 2022 at 12:00 PM
To: "jasonleopold@gmail.com" <jasonleopold@gmail.com>

Good afternoon,

Thank you for your inquiry regarding the status of your Freedom of Information Act/Privacy (FOIPA) request.   A review of your request has determined the following:

The request is presently in Initial Processing, where the assigned analyst is searching for, retrieving and reviewing potentially responsive records.

Requests are processed in the order in which they are received through our multi-track processing system.  Requests are divided into two primary tracks--simple (under 50 pages of potentially responsive documents) and complex (over 50 pages of potentially responsive documents).  Complex requests are further divided into medium, large, and extra-large sub-tracks based upon request size.  Simple track requests typically require the least amount of time to process.  Currently, simple track cases average approximately 98 days from the date of receipt for processing.  Our complex requests in the medium processing track are currently averaging 947 days, large processing track are currently averaging approximately 2,011 days, and extra-large processing track are currently averaging 2,360 days for processing.

The search for responsive records is ongoing for your request, so we do not yet know into which track it will fall.  The estimated date of completion is therefore based on the average processing time of complex requests in the large processing track.   Accordingly, the estimated date on which the FBI will complete action on your request is 1,929 days from the date the FBI opened your request.  Once the search has been completed, you may request an updated estimated date of completion.

Additional information regarding the Freedom of Information Act/Privacy is available at http://www.fbi.gov/ or http://www.fbi.gov/foia/.  If you require additional assistance please contact foipaquestions@fbi.gov.

Please check the status of your request online at http://vault.fbi.gov by clicking on the "Check Status of Your FOI/PA Request" link.   Status updates are performed on a weekly basis.  If your request does not yet appear in the system, please check back later in the week.

Respectfully,

Public Information Officer

FBI - Information Management Division

200 Constitution Drive

Winchester, VA  22602

O: (540) 868-4593

E: foipaquestions@fbi.gov

Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia

Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Wednesday, July 27, 2022 8:48 AM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** Re: [EXTERNAL EMAIL] - Re: eFOIA files available

Apologies. It is 1553627-000 .

Best,

Jason

Jason Leopold
Investigative Reporter
(213) 270-4334 (Signal)
@jasonleopold
https://www.buzzfeednews.com/author/jasonleopold

On Wed, Jul 27, 2022, 3:38 AM FOIPAQUESTIONS@FBI.GOV <FOIPAQUESTIONS@fbi.gov> wrote:

> Thank you for contacting foipaquestions@fbi.gov.  In order to better assist with your inquiry, please provide the referenced FOIPA Request Number.
>
> Public Information Officer
>
> FBI - Information Management Division
>
> 200 Constitution Drive
>
> Winchester, VA  22602
>
> O: (540) 868-4593
>
> E: foipaquestions@fbi.gov
>
> Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia
>
> Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps    Status updates are performed on a weekly basis.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Tuesday, July 26, 2022 11:38 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: eFOIA files available

Hi there,

Can you please advise if there are responsive records and if so what is the estimated date of completion?

Best,

Jason

Jason Leopold
Investigative Reporter
(213) 270-4334 (Signal)
@jasonleopold
https://www.buzzfeednews.com/author/jasonleopold

On Tue, Jul 26, 2022, 12:56 PM <efoia@subscriptions.fbi.gov> wrote:

> There are eFOIA files available for you to download.
>
> You can download the files at:
>
> - E93af77fdd621bfcce485d7e56abe59b214b7b59c_Q148830_D164774676.pdf
>
> **Please Note:**
>
> The above link(s) are only active for 48hrs. After the link expires you will have the option to reactivate the link(s) for an additional 48hrs. The max renewal limit is two (2) times. Thereafter, the links can no longer be accessed.
>
> You can renew the download files by logging into the efoia system and clicking the "Renew" button in the file list.

Exhibit 4

**Fwd: Request for estimated date of completion**
1 message

---------- Forwarded message ---------
From: **Jason Leopold** <jasonleopold@gmail.com>
Date: Thu, Aug 25, 2022, 11:29 AM
Subject: Request for estimated date of completion
To: FOIPAQUESTIONS@FBI.GOV <FOIPAQUESTIONS@fbi.gov>

May I have an estimated date of completion for FOIA request 1553627-000.

Best,
Jason

On Wed, Jul 27, 2022 at 5:47 AM Jason Leopold <jasonleopold@gmail.com> wrote:
> Apologies. It is 1553627-000 .
>
> Best,
> Jason
>
> Jason Leopold
> Investigative Reporter
> (213) 270-4334 (Signal)
> @jasonleopold
> https://www.buzzfeednews.com/author/jasonleopold
>
> On Wed, Jul 27, 2022, 3:38 AM FOIPAQUESTIONS@FBI.GOV <FOIPAQUESTIONS@fbi.gov> wrote:
>> Thank you for contacting foipaquestions@fbi.gov.  In order to better assist with your inquiry, please provide the referenced FOIPA Request Number.
>>
>> Public Information Officer
>>
>> FBI - Information Management Division
>>
>> 200 Constitution Drive
>>
>> Winchester, VA  22602
>>
>> O: (540) 868-4593
>>
>> E: foipaquestions@fbi.gov
>>
>> Do you have further questions about the FOI/PA process? Visit us at http://www.fbi.gov/foia
>>
>> Please check the status of your request online at https://vault.fbi.gov/fdps-1/@@search-fdps   Status updates are performed on a weekly basis.

Note:  This is a non-emergency email address.  If this is an emergency, please call 911 directly.  If you need to report a tip for immediate action, please contact FBI Tips at http://tips.fbi.gov/ or reach out to your local field office.

---

**From:** Jason Leopold <jasonleopold@gmail.com>
**Sent:** Tuesday, July 26, 2022 11:38 PM
**To:** FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: eFOIA files available

Hi there,

Can you please advise if there are responsive records and if so what is the estimated date of completion?

Best,

Jason

Jason Leopold
Investigative Reporter
(213) 270-4334 (Signal)
@jasonleopold
https://www.buzzfeednews.com/author/jasonleopold

On Tue, Jul 26, 2022, 12:56 PM <efoia@subscriptions.fbi.gov> wrote:

> There are eFOIA files available for you to download.
>
> You can download the files at:
>
> - E93af77fdd621bfcce485d7e56abe59b214b7b59c_Q148830_D164774676.pdf
>
> **Please Note:**
>
> The above link(s) are only active for 48hrs. After the link expires you will have the option to reactivate the link(s) for an additional 48hrs. The max renewal limit is two (2) times. Thereafter, the links can no longer be accessed.
>
> You can renew the download files by logging into the efoia system and clicking the "Renew" button in the file list.

--
Jason Leopold
Senior Investigative Reporter
Bloomberg News
213 270 4334 (signal)
jasonleopold@protonmail.com (secure/encrypted)
@jJasonLeopold